# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JASON CARTER,<br><br>　　Plaintiff,<br><br>v.<br><br>MARK LUDWICK, Agent of Iowa Department of Criminal Investigation, in his official capacity;<br><br>MARION COUNTY, IOWA;<br><br>REED KIOUS, Marion County Deputy Sheriff in his individual capacity;<br><br>BILLY GENE CARTER,<br><br>　　Defendants. | Case No. 4:19-cv-00401-CRW-CFB<br><br>**DEFENDANTS MARION COUNTY, IOWA'S AND REED KIOUS'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF RULE 12(b)(6) PRE-ANSWER MOTION TO DISMISS**<br><br>**UNRESISTED** |

**COMES NOW** the Defendants Marion County, Iowa and Reed Kious, Marion County Sheriff in his individual capacity, by and through undersigned counsel, and hereby request Leave to File an Overlength Brief in Support of their Rule 12(b)(6) Pre-Answer Motion to Dismiss:

　　1.　　Plaintiff's First Amended Complaint sets forth 510-paragraphs and ten (10) distinct causes of action.

　　2.　　Each of these causes of action require distinct and detailed analysis of federal law, Iowa law, and Constitutional analysis.

3. In order for Defendants to adequately address the complex legal issues raised in Plaintiff's First Amended Complaint, they require more than the twenty (20) pages allow for by Local Rule 7(h).

4. Defendants therefore request they be allowed to file their attached Brief in Support of Pre-Answer Motion to Dismiss, which is twenty-seven (27) pages, including the caption, table of contents, signature block, and notice of services.

5. Good cause exists for granting this Motion.

6. Defendants have conferred with Plaintiff's counsel in compliance with Local Rule 7(k). Plaintiff does not resist.

                BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

                By: **/s/ Jason C. Palmer**
                    Jason C. Palmer  AT0006089
                    801 Grand Avenue, Suite 3700
                    Des Moines, IA  50309-2727
                    Phone:  (515) 243-4191
                    Fax:  (515) 246-5808
                    E-Mail:  palmer.jason@bradshawlaw.com

                ATTORNEY FOR MARION COUNTY, IOWA;
                REED KIOUS, Marion County Deputy Sheriff in his
                individual capacity;

Original filed.

Copy to:

Glen S. Downey
**LAW OFFICES OF GLEN S. DOWNEY**
5214 Ingersoll Avenue
Des Moines, IA 50312
Tel: (412) 865-7110
Fax: (515) 259-7599
glen@downey-law.net

Christine E. Branstad
**BRANSTAD & OLSON LAW OFFICES**
2501 Grand Ave. Suite A
Des Moines, IA 50312
Telephone: (515) 224-9595
Facsimile: (515) 281-1474
Email: Branstad@BranstadLaw.com

Alison F. Kanne
**WANDRO & ASSOCIATES, P.C.**
2501 Grand Ave. Suite B
Des Moines, IA 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
Email: akanne@2501grand.com

ATTORNEYS FOR PLAINTIFF

Mark E. Weinhardt
David N. Fautsch
**THE WEINHARDT LAW FIRM**
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlaw.com
         dfautsch@weinhardtlaw.com

ATTORNEYS FOR DEFENDANT BILL GENE CARTER

Jeffrey C. Peterzalek
Tessa Register
**OFFICE OF THE ATTORNEY GENERAL OF IOWA**
1305 E. Walnut Street
Des Moines, IA 50309
Telephone: (515) 281-5164
E-mail: jeffrey.peterzalek@ag.iowa.gov
         Tessa.Register@ag.iowa.gov

ATTORNEYS FOR DEFENDANT MARK LUDWICK

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 30th of March, 2020 by:

☐ U.S. Mail  ☐ FAX
☐ Hand Delivered  ☐ UPS
☐ Federal Express  ☒ Other: E-file

/s/ Linda Righi