# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JASON CARTER,<br><br>   Plaintiff,<br><br>v.<br><br>MARK LUDWICK, Agent of Iowa Department of Criminal Investigation, in his official capacity;<br><br>MARION COUNTY, IOWA;<br><br>REED KIOUS, Marion County Deputy Sheriff in his individual capacity;<br><br>BILLY GENE CARTER,<br><br>   Defendants. | Case No. 4:19-cv-00401-CRW-CFB<br><br>**DEFENDANTS' RENEWED RULE 12(b)(6) PRE-ANSWER MOTION TO DISMISS** |

**COME NOW**, the Defendants, Marion County, Iowa and Reed Kious, Marion County Deputy Sheriff in his individual capacity, by and through undersigned counsel, and for their Renewed Rule 12(b)(6) Pre-Answer Motion to Dismiss Plaintiff's Second Amended Complaint, state as follows:

   1.   Plaintiff filed his initial Complaint on December 12, 2019.

   2.   Plaintiff subsequently filed his First Amended Complaint on December 20, 2019.

   3.   Defendants subsequently filed their Rule 12(b)(6) Pre-Answer Motion to Dismiss on March 30, 2020.  Docs. 19, 19-1.

4. On May 11, 2020, Plaintiffs filed a Motion for Leave to Amend the First Amended Complaint. Doc. 27.

5. Plaintiff's Second Amended Complaint arises from the underlying criminal investigation, criminal trial, and civil trial that arose from the murder of Plaintiff's mother, Shirley Carter. Plaintiff was identified by law enforcement as a person of interest in the murder. While the criminal investigation was ongoing, Plaintiff's father, Bill, brought a wrongful death action against him for the death of Shirley. Plaintiff was found civilly liable by the jury. Plaintiff was later arrested and criminally charged with the murder of Shirley Carter, but was subsequently acquitted in the criminal trial.

6. Plaintiff's Second Amended Complaint made several changes to the claims asserted against Defendants Marion County and Reed Kious ("Kious"). Plaintiff now asserts the following claims against these two defendants:

   i. Count I: Violation of 42 U.S.C. § 1983 (False Arrest) (against Defendant Kious);

   ii. Count II: Violation of 42 U.S.C. § 1983 (Due Process Violation—Concealment of Evidence) (against Defendant Kious);

   iii. Count III: *Monell* Claim (False Arrest) (against Defendant Marion County);

   iv. Count IV: Malicious Prosecution (against Defendant Kious);

   v. Count V: Abuse of Process (against Defendant Kious); and

   vi. Count VI: Violation of 42 U.S.C. § 1983 (Due Process Violation—Failure to Investigate) (against Defendant Kious).

In addition, Plaintiff also included a claim for punitive damages against all Defendants.

7. In comparison to the First Amended Complaint, Plaintiff has dropped several claims against Defendants, while adding only one new claim: Count VI.

8. Federal Rule of Civil Procedure 12(b)(6) authorizes this Court to dismiss any Complaint failing to "state a claim upon which relief can be granted" and, in order to survive a Rule 12(b)(6) motion, a Complaint must "contain sufficient factual material matter, accepted as true, to 'state a claim to relief that is plausible on its fact.'" *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcraft v. Iqbal*, 556 U.S. 662, 678–79 (2009).

9. As is explained in greater detail in Defendants' Brief in Support of this Rule 12(b)(6) Pre-Answer Motion to Dismiss, Plaintiff's Amended Complaint is an impermissible "shotgun pleading" and fails to present any justiciable causes of action against Marion County, Iowa or Reed Kious.

10. The Defendants move under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's Amended Complaint as each of Plaintiff's claims fail as a matter of law.

11. Pursuant to Local Rule 7(d), a Brief in support of this Motion is filed contemporaneously herewith.

**WHEREFORE**, Defendants, Marion County, Iowa and Reed Kious, Marion County Deputy Sheriff in his individual capacity respectfully request the Court grant their Pre-Answer Motion to Dismiss.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By: _/s/ Jason C. Palmer_
    Jason C. Palmer  AT0006089
    801 Grand Avenue, Suite 3700
    Des Moines, IA  50309-2727
    Phone:  (515) 243-4191
    Fax:  (515) 246-5808
    E-Mail:  palmer.jason@bradshawlaw.com

ATTORNEY FOR MARION COUNTY, IOWA; REED KIOUS, Marion County Deputy Sheriff in his individual capacity;

Original filed.

Copy to:

Glen S. Downey
**LAW OFFICES OF GLEN S. DOWNEY**
5214 Ingersoll Avenue
Des Moines, IA 50312
Tel: (412) 865-7110
Fax: (515) 259-7599
glen@downey-law.net

Christine E. Branstad
**BRANSTAD & OLSON LAW OFFICES**
2501 Grand Ave. Suite A
Des Moines, IA 50312
Telephone: (515) 224-9595
Facsimile: (515) 281-1474
Email: Branstad@BranstadLaw.com

Alison F. Kanne
**WANDRO & ASSOCIATES, P.C.**
2501 Grand Ave. Suite B
Des Moines, IA 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
Email: akanne@2501grand.com

-5-

ATTORNEYS FOR PLAINTIFF

Mark E. Weinhardt
David N. Fautsch
**THE WEINHARDT LAW FIRM**
2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlaw.com
dfautsch@weinhardtlaw.com

ATTORNEYS FOR DEFENDANT BILL GENE CARTER

Jeffrey C. Peterzalek
Tessa Register
**OFFICE OF THE ATTORNEY GENERAL OF IOWA**
1305 E. Walnut Street
Des Moines, IA 50309
Telephone: (515) 281-5164
E-mail: jeffrey.peterzalek@ag.iowa.gov
Tessa.Register@ag.iowa.gov

ATTORNEYS FOR DEFENDANT MARK LUDWICK

---

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 11th of June, 2020 by:

☐ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ UPS
☐ Federal Express ☒ Other: EFILE

/s/ Linda Righi