# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 01, 2020

Ms. Alison Florence Kanne
WANDRO & ASSOCIATES
Suite B
2501 Grand Avenue
Des Moines, IA  50312-0000

RE:  20-3042  Jason Carter v. Mark Ludwick, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

    Michael E. Gans
    Clerk of Court

CMH

Enclosure(s)

cc:    Ms. Christine Ellen Branstad
      Mr.  Clerk, U.S. District Court, Southern Iowa
      Mr. Glen S. Downey
      Mr. Benjamin R. Erickson
      Mr. David N. Fautsch
      Ms. Tonya Gerke
      Mr. Jason Palmer
      Mr. Jeffrey C. Peterzalek
      Ms. Tessa Margaret Register
      Mr. Mark E. Weinhardt

    District Court/Agency Case Number(s):   4:19-cv-00401-CRW

**Caption For Case Number:   20-3042**

Jason Carter

       Plaintiff - Appellant

v.

Mark D. Ludwick, Agent of Iowa Department of Criminal Investigation, in his individual capacity; Marion County, Iowa; Reed Kious, Marion County Deputy Sheriff in his individual capacity; Billy Gene Carter

       Defendants - Appellees

**Addresses For Case Participants:   20-3042**

Ms. Alison Florence Kanne
WANDRO & ASSOCIATES
Suite B
2501 Grand Avenue
Des Moines, IA  50312-0000

Ms. Christine Ellen Branstad
BRANSTAD LAW, PLLC
Suite A
2501 Grand Avenue
Des Moines, IA  50312

Mr.  Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Mr. Glen S. Downey
LAW OFFICES OF GLEN S. DOWNEY, LLC
Suite 4
5214 Ingersoll Avenue
Des Moines, IA  50309

Mr. Benjamin R. Erickson
BRADSHAW & FOWLER
Suite 3700
801 Grand Avenue
Des Moines, IA  50309-8004

Mr. David N. Fautsch
WEINHARDT LAW FIRM
Suite 450
2600 Grand Avenue
Des Moines, IA  50312

Ms. Tonya Gerke
123 E. Walnut Street
Des Moines, IA  50309

Mr. Jason Palmer
BRADSHAW & FOWLER
Suite 3700
801 Grand Avenue
Des Moines, IA  50309-8004

Mr. Jeffrey C. Peterzalek
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA 50319-0001

Ms. Tessa Margaret Register
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA 50319-0001

Mr. Mark E. Weinhardt
WEINHARDT LAW FIRM
Suite 450
2600 Grand Avenue
Des Moines, IA 50312