## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 20-3042

Jason Carter

Appellant

v.

Mark D. Ludwick, Agent of Iowa Department of Criminal Investigation, in his individual capacity, et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:19-cv-00401-CRW)

---

**ORDER**

The petition for rehearing by the panel is denied.

August 18, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans