# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-3042

Jason Carter

Appellant

v.

Mark D. Ludwick, Agent of Iowa Department of Criminal Investigation, in his individual capacity, et al.

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:19-cv-00401-CRW)

---

**MANDATE**

In accordance with the opinion and judgment of 07/21/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 25, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit