IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

JASON CARTER,
    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　No. 4-19-cv-401-CRW-SHL

MARK LUDWICK, Agent of Iowa
Department of Criminal Investigation, in　　ORDER
his individual capacity;
MARION COUNTY, IOWA;
REED KIOUS, Marion County Deputy
Sheriff in his individual capacity;
    Defendants.

    Before the Court for ruling are the motions to dismiss (Docket #31 and #33) the remaining claims plaintiff Jason Carter asserts against the remaining defendants, Mark Ludwick; Marion County, Iowa; and Reed Kious.

    These claims survive on remand from the U.S. Court of Appeals for the Eighth Circuit:

a) Section 1983 false arrest (against all defendants),

b) Section 1983 conspiracy to conceal evidence (against all defendants),

c) Malicious prosecution (against Marion County and Kious) based on Iowa law,

d) Abuse of process (against Marion County and Kious) based on Iowa law,

e) Section 1983 failure to investigate (against all defendants).

    On October 15, 2021, the Court held a hearing on the motions by telephone conference call. The Court now denies the motions without prejudice to their being reasserted on a summary judgment record. Defendants' joint motion for Court to consider remaining claims, Docket #70, is denied as moot.

    IT IS SO ORDERED.
    Dated this 25th day of October, 2021.

                                     CHARLES R. WOLLE, JUDGE
                                     U.S. DISTRICT COURT