IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JASON CARTER,<br><br>      Plaintiff/Appellee,<br><br>vs.<br><br>MARK LUDWICK, Agent of Iowa Department of Criminal Investigation, in his individual capacity; MARION COUNTY, IOWA; REED KIOUS, Marion County Deputy Sheriff, in his individual capacity,<br><br>      Defendant/Appellant. | Case No. 4:19-cv-00401-CRW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Mark Ludwick, Defendant in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order entered on the 25th day of October, 2021, denying Defendant Ludwick's motion to dismiss, denying his defense of qualified immunity, and denying his claims inextricably intertwined with the defense of qualified immunity.

    Respectfully submitted,

    THOMAS J. MILLER
    IOWA ATTORNEY GENERAL


    */s/ Jeffrey C. Peterzalek*
    JEFFREY C. PETERZALEK
    Assistant Attorney General
    Iowa Department of Justice
    1305 East Walnut Street, 2nd Floor
    Des Moines, Iowa 50319
    Phone: 515-281-4213

Email: Jeffrey.Peterzalek@ag.iowa.gov
ATTORNEY FOR DEFENDANT MARK LUDWICK

All parties served via CM/ECF on November 5, 2021.