# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JASON CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>MARK LUDWICK, Agent of Iowa Department of Criminal Investigation, in his official capacity;<br><br>MARION COUNTY, IOWA;<br><br>REED KIOUS, Marion County Deputy Sheriff in his individual capacity;<br><br>BILLY GENE CARTER,<br><br>    Defendants. | Case No. 4:19-cv-00401-CRW-CFB<br><br>**PRE-ANSWER MOTION TO DISMISS** |

COMES NOW Defendants, Marion County, Iowa and Reed Kious, by and through undersigned counsel, and for their Rule 12(b)(6) Pre-Answer Motion to Dismiss Plaintiff's Amended Complaint, state as follows:

1.   Plaintiff filed his initial Complaint on December 12, 2019.

2.   Plaintiff subsequently filed his First Amended Complaint on December 20, 2019.

3.   Plaintiff's Amended Complaint arises from the underlying criminal investigation, criminal trial, and civil trial that arose from the murder of Plaintiff's mother, Shirley Carter. Plaintiff was identified by law enforcement as a person of interest in the murder. While the criminal investigation was ongoing, Plaintiff's father, Bill, brought a wrongful death action against him for the death of Shirley. Plaintiff was found civilly liable by the jury. Plaintiff was

later arrested and criminally charged with the murder of Shirley Carter. Plaintiff was subsequently acquitted in the criminal trial.

4. In his Amended Complaint, Plaintiff alleges ten (10) causes of action against Marion County and/or Reed Kious:

    a. Count I: 42 U.S.C. § 1983 Claim for Wrongful Arrest

    b. Count II: 42 U.S.C. § 1983 Claim for Due Process Violation—Concealment of Evidence

    c. Count III: 42 U.S.C. § 1983 Claim for Monell Liability

    d. Count IV: 42 U.S.C. § 1983 Claim for Conspiracy

    e. Count V: 42 U.S.C. § 1985(2) Claim for Obstruction of Justice

    f. Count VI: 42 U.S.C. § 1985(2) Claim for Witness Tampering

    g. Count VII: 42 U.S.C. § 1985(3) Claim for Conspiracy

    h. Count VIII: Malicious Prosecution

    i. Count IX: Abuse of Process

    j. Count X: Negligent and Wrongful Investigation

In addition, Plaintiff also included a claim for punitive damages against all Defendants.

5. Federal Rule of Civil Procedure 12(b)(6) authorizes this Court to dismiss any Complaint failing to "state a claim upon which relief can be granted" and, in order to survive a Rule 12(b)(6) motion, a Complaint must "contain sufficient factual material matter, accepted as true, to 'state a claim to relief that is plausible on its fact.'" *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcraft v. Iqbal*, 556 U.S. 662, 678–79 (2009).

6. As explained in greater detail in Defendants' Brief in Support of its Rule 12(b)(6) Pre-Answer Motion to Dismiss, Defendants are entitled to qualified immunity because, in part, there was probable cause as a matter of law for the court to issue the warrant for the Plaintiff.

7. As is explained in greater detail in Defendants' Brief in Support of this Rule 12(b)(6) Pre-Answer Motion to Dismiss, Plaintiff's Amended Complaint is an impermissible "shotgun pleading" and fails to present any justiciable causes of action against Marion County, Iowa or Reed Kious.

8. The Defendants move under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's Amended Complaint as each of Plaintiff's claims fail as a matter of law.

9. To the extent relevant, these Defendants reply and incorporate the points and authorities submitted by the State of Iowa.

10. Pursuant to Local Rule 7(d), a Brief in support of this Motion is filed contemporaneously herewith.

WHEREFORE, Defendants, Marion County, Iowa and Reed Kious respectfully request the Court grant their Pre-Answer Motion to Dismiss.

MARION COUNTY, IOWA, AND REED KIOUS, DEFENDANTS,

By: _____
Jason C. Palmer AT0006089
LAMSON DUGAN & MURRAY, LLP
1045 76th Street, Suite 3000
West Des Moines, Iowa 50266
Telephone: (515) 823-0458
Facsimile: (402) 397-7824
E-mail: jpalmer@ldmlaw.com

ATTORNEY FOR MARION COUNTY, IOWA AND REED KIOUS

Original filed.

Copy to:

Glen S. Downey
**LAW OFFICES OF GLEN S. DOWNEY**
5214 Ingersoll Avenue
Des Moines, Iowa 50312
Telephone:     (412) 865-7110
Facsimile:     (515) 259-7599
E-mail:            glen@downey-law.net

Christine E. Branstad
Nathan Olson
**BRANSTAD & OLSON LAW OFFICES**
2501 Grand Avenue, Suite A
Des Moines, Iowa 50312
Telephone:     (515) 224-9595
Facsimile:     (515) 281-1474
E-mail:            Branstad@BranstadLaw.com
                       olson@branstadlaw.com

Alison F. Kanne
Steven P. Wandro
**WANDRO & ASSOCIATES, P.C.**
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone:     (515) 281-1475
Facsimile:     (515) 281-1474
E-mail:            akanne@2501grand.com
                       swandro@2501grand.com

ATTORNEYS FOR PLAINTIFF

Jeffrey C. Peterzalek
Tessa Register
**OFFICE OF THE ATTORNEY GENERAL OF IOWA**
1305 E. Walnut Street
Des Moines, Iowa 50309
Telephone:     (515) 281-5164
E-mail:            jeffrey.peterzalek@ag.iowa.gov
                       Tessa.Register@ag.iowa.gov

ATTORNEYS FOR DEFENDANT MARK LUDWICK

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 23rd day of January, 2023 by:

☐ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ UPS
☐ Federal Express ☑ Other: CM/ECF

/s/ Deniece Gaudineer