IN THE IOWA DISTRICT COURT IN AND FOR
Marion - COUNTY

This Complaint is to be:

☒ Filed with Court Clerk (cc: CA)
☐ Submitted to County Attorney
☐ Filed with JCO - Defendant is a Juvenile

Agency Case Number: DCI 2015-033621

## THE STATE OF IOWA

vs.

**OFFENDER**

| Last | First | Middle | Suffix |
|---|---|---|---|
| CARTER | JASON | GENE | |

| Address | City | State | Zip Code |
|---|---|---|---|
| 960 115th Place | Knoxville | IA | 50138 |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| 11-15-1972 | M | W | Caucasin |

| State | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|
| IA | 5'11" | 220 | Blue | Brown |

**OFFENSE**

| State | Local | Code Section | Crime Description | Class |
|---|---|---|---|---|
| ☒ | ☐ | 707.2(1)(a) | Homicide- 1st Degree | Class A Felony |

| Location Type |
|---|
| Residence |

| Literal Description |
|---|
| Billy & Shirley Carter's residence |

| Address | City | State | Zip Code |
|---|---|---|---|
| 132 Perry Street (Marion County) | Lacona | IA | 50139 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| ☒ yes ☐ no | June 19, 2015 | June 19, 2015 | 10:25AM | 11:25 AM |

**STATUS OF OFFENDER/JUVENILE**

| TAKEN INTO CUSTODY | CUSTODY | SUMMONS TO APPEAR |
|---|---|---|
| ☐ | ☐ JAILED ☐ Other: | ☐ (Citation Issued) |
| **WARRANT REQUESTED** ☒ | **NO CONTACT ORDER REQUESTED** ☐ | **RELEASED TO PARENT/GUARDIAN** ☐ |

**JUVENILE**

| Parent/Guardian Name - Last | Parent/Guardian Name – First | Parent/Guardian Name – Middle |
|---|---|---|
| | | |

| Address | City | State | Zip Code | Phone Number |
|---|---|---|---|---|
| | | | | |

| Juvenile's School | Release Date | Release Time |
|---|---|---|
| | | |

**COURT APPEARANCE**

| Date | Time | Defendant's signature: |
|---|---|---|
| | | |

**NARRATIVE**

Having malice aforethought, willfully, deliberately and with premeditation killed S.D.C.



EXHIBIT 1

| STATE OF IOWA, | Marion - COUNTY |
|---|---|

I, the undersigned, being duly sworn, that all facts contained in this Affidavit, known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime

State all facts and persons relied upon supporting elements of alleged crime

On June 19th, 2015, Mrs. SHIRLEY DENE CARTER was shot to death in her home in rural Marion County. At approximately 11:11 A.M., The Marion County Sheriff's Office received a 911 phone call from JASON CARTER. JASON CARTER was the individual whom discovered SHIRLEY CARTER deceased. JASON CARTER advised 1st arriving law enforcement that his mother SHIRLEY CARTER was shot and the residence was burglarized.

During the investigation it was discovered that JASON CARTER provided information to law enforcement incriminating himself. JASON CARTER gave multiple inconsistent statements regarding his involvement during the course of the investigation. Additionally evidence provides that: (1) there was a staged burglary at the home of the victim at the time of the murder (2) JASON CARTER testified under oath that he has never touched evidence at the crime scene and evidence later established that JASON CARTER's latent prints were found on the evidence (3) JASON CARTER had knowledge of the crime that no one other than a person present at the time of the crime could have known (4) JASON CARTER withheld vital information from initial interviews with law enforcement.

DCI S/A [signature] I-164

Signature of Complainant or Officer, Officer Name & Number

Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on: 12/16/2017 (DATE)

**GENERAL PROBABLE CAUSE**

| Defendant Implicated |
|---|
| Admission/Statements made to law enforcment, cause property damage, identified by witnesses, caused death, |

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| - | | |

Notary Name Commission Number 801567
My Commission Expires 2/3/2020

Signature of Verifying Party William Davis

☐ Peace Officer  ☒ Notary  ☐ Prosecuting Attorney



E-FILED  2017 DEC 22 12:28 PM MARION - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR MARION COUNTY

| | |
|---|---|
| **STATE OF IOWA**<br>    Plaintiff,<br><br>    vs.<br>**JASON G CARTER ,**<br>    Defendant<br><br>JASON G CARTER<br>960 115TH PLACE<br>KNOXVILLE IA 50138 | 05631  FECR029316<br><br>ORDER<br><br>FOLLOWING PRELIMINARY HEARING |

Preliminary hearing was held this date. The State appeared by Marion County Attorney Ed Bull. The Defendant appeared in person and was represented by attorneys Christine Branstad and Grant Woodard.

Based upon the substantial evidence presented, the Court finds there is probable cause to believe that the offense alleged in the complaint has been committed and that the Defendant committed it.

IT IS THEREFORE ORDERED that the Defendant shall be held to answer in further proceedings in this matter.

SO ORDERED this 12/22/17.

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

EXHIBIT B

EXHIBIT 2

1 of 3